UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In Re:                                        )
                                              )   Case No.  18-40515-JMM
CANDICE E. COOLEY                             )
                                              )   CHAPTER 13 TRUSTEE'S INITIAL
                                              )   STATUS REPORT AND MINUTES OF
                                              )   341(a) MEETING OF CREDITORS
_____)

DATE OF 341(A) MEETING: 07/18/2018            LOCATION OF MEETING:  JEROME
NAME OF TRUSTEE:  Kathleen A. McCallister      DATE CASE FILED:  06/15/2018

RECORDING TRACK NUMBER:____7 AND 8_____
TAPE NUMBER:_____

DEBTOR:      ( X )   Sworn and Examined        (  )    Did Not Appear
Photo ID checked_____YES_____               Social Security Number checked___NO_____

DEBTORS ADDRESS CHANGE:
_____

DEBTORS ATTORNEY:        (X) Present      (  ) Not Present   (  ) Pro Se

CREDITORS APPEARING: Gary Rainsdon, Trustee
_____

ACTION ITEMS:
(X)     341(a) MEETING CONTINUED TO:  **August 23, 2018 at 10AM for SSN**
( )     DISMISS FOR FAILURE OF DEBTOR AND/OR ATTORNEY TO SHOW
( )     TRUSTEE'S MOTION TO DISMISS
(X)     NEED TO RESOLVE CONFIRMATION ISSUES
( )     OTHER_____

GENERAL COMMENTS:
   (X)     DEBTOR EXAMINED
   (X)     DEBTOR ELIGIBLE FOR CHAPTER 13 RELIEF
   ( )     MONTHLY OPERATING REPORT FILED, IF REQUIRED
   (X)     SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS FILED
   (X)     STATEMENT OF INCOME AND EXPENDITURES FILED
   ( )     DEBTOR INFORMED OF FAILURE TO COOPERATE WITH THE TRUSTEE OR U.S.
           TRUSTEE OR SUBMIT REQUIRED REPORTS CONSTITUTE GROUNDS FOR
           DISMISSAL

   DATED:    July 19, 2018

   _____/s/ Kathleen A. McCallister_____
   KATHLEEN A. MCCALLISTER, TRUSTEE