1 | Ramina Dehkhoda-Steele
Wong Fleming
2 | 10675 Willows Road NE, Suite 250
Redmond, WA 98052
3 | Telephone:    (425) 869-4040
Facsimile:    (425) 869-4050
4 | E-mail:    rdehkhoda@wongfleming.com

5 | Attorney for BMO Harris Bank, N.A.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

In Re:

CANDICE E. COOLEY

    Debtor.

CASE NO. 18-40515-JMM
CHAPTER 13

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

TO:    Clerk of the Court

TO:    Debtor, Candice E. Cooley

TO:    Alexandra O. Caval, Attorney of Record

AND TO:    All interested parties

PLEASE TAKE NOTICE that Ramina Dehkhoda-Steele of Wong Fleming, 10675 Willows Road NE, Suite 250, Redmond, WA 98052, hereby appears in the above entitled proceeding on behalf of BMO Harris Bank, N.A. with regard to these proceedings, and requests

Notice of Appearance and Request for Notice - 1

Wong Fleming
10675 Willows Rd. NE, Suite 250
Redmond, WA 98052
Tel: 425-869-4040 Fax: 425-869-4050

that all notices given or required to be given and all papers served or required to be service in this case be also given to and served, whether electronically or otherwise, except original process, upon the undersigned attorney at the address above.

DATED this 24th day of July, 2018.

WONG FLEMING

*/s/Ramina Dehkhoda-Steele*
Ramina Dehkhoda-Steele, ISB No.:  8595
Attorney for BMO Harris Bank, N.A.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of July, 2018, I filed the foregoing NOTICE OF APPEARANCE AND REQUEST FOR NOTICE electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Alexandra O. Caval | Kathleen A. McCallister |
| alex@cavallawoffice.com | kam@kam13trustee.com |

US Trustee
Ustp.region18.bs.ecf@usdoj.gov

AND I FURTHER CERTIFY that on such date I served the foregoing NOTICE OF APPEARANCE AND REQUEST FOR NOTICE on the following non-CM/ECF Registered Participants in the manner indicated:

| | | |
|---|---|---|
| Candice E. Cooley | (X) | US Mail, Postage Prepaid |
| 119 Park St. | ( ) | Hand Delivered |
| Hazelton, ID 83335 | ( ) | Overnight Mail |
| | | |
| Candice E. Cooley | (X) | US Mail, Postage Prepaid |
| POB 116 | ( ) | Hand Delivered |
| Hazelton, ID 83335 | ( ) | Overnight Mail |
| | | |
| Clean Sweep Transportation LLC | (X) | US Mail, Postage Prepaid |
| Fka Patrone Livestock LLC | ( ) | Hand Delivered |
| POB 116 | ( ) | Overnight Mail |
| Hazelton, ID 83335 | | |

WONG FLEMING

*/s/Ramina Dehkhoda-Steele*
Ramina Dehkhoda-Steele, ISB No.: 8595
Attorney for BMO Harris Bank, N.A.