UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In Re:

CANDICE E. COOLEY

Debtor.

CASE NO. 18-40515-JMM
CHAPTER 13

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Upon consideration of the record before this Court and the Motion for Relief from the Automatic Stay filed by BMO Harris Bank, N.A. ("Movant"), Docket No. 32 ("Motion"), with notice of the Motion having been given in accordance with the applicable Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules, and no objections having been raised[1], and good cause existing:

IT IS HEREBY ORDERED

The Automatic Stay imposed by 11 U.S.C. § 362(a) is hereby terminated as to Movant and to the subject property described as:

1. 2017 Merritt; Serial Number: 1MT2N5334HH025529, **upon its review of the documents attached to the Creditor's motion, as supplemented, the Court concludes that this serial number is actually** "1MT2N5334HH025**6**29".

2. 2014 Peterbilt; Serial Number: 1XPBD49X7ED193962.

3. 2017 Merritt; Serial Number: 1MT2N5334HH02527, **upon its review of the documents attached to the Creditor's motion, as supplemented, the Court**

---

[1] **An objection was originally filed by Banner Bank to the Motion (See Docket No. 37). After the Movant filed its supplement (see Docket No. 42), the objection was withdrawn (see Docket No. 43).**

Order Granting Relief from Automatic Stay - Page 1 of 2

concludes that this serial number is actually "1MT2N5334HH025**7**27".

4. 2017 Side Dump Industries: 1S9DS4733HS819031.

The 14-day waiting period set forth in Bankruptcy Rule 4001(a)(3) is hereby waived.

DATED: August 23, 2018

_____
JOSEPH M. MEIER
U. S. BANKRUPTCY JUDGE

The Court corrected the two serial numbers described above to avoid confusion in the future. Thus, changes were made to the form order submitted to the Court by the Creditor. The additional language added by the Court other than the corrected serial number is contained in **bold** font.

Submitted by:

/s/ Ramina Dehkhoda-Steele
Ramina Dehkhoda-Steele
Attorney for BMO Harris Bank